FILED - KZ
September 26, 2014 2:18 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
___ mrs / ___ Scanned by /9/29

**PLAINTIFF:**
Stephen E. Podewell
6814 West "B" Avenue
Plainwell, MI 49080-9702

vs.

1:14-cv-1018
Janet T. Neff
U.S. District Judge

**DEFENDANTS:**
Stephen D. Gorsalitz, individually, and in his official capacity
as a judge in the 9th Circuit Court in Kalamazoo County, Michigan.
1400 Gull Road
Kalamazoo, MI 49048
(269) 385-6079
Rodney K. Budka
1400 Gull Road
Kalamazoo, MI 49048
(269) 385-6000
Nigel Crum
201 W. Kalamazoo Avenue
Kalamazoo, MI 49007
(269) 384-8200

I.
I, Stephen E. Podewell, Plaintiff, claim federal jurisdiction pursuant to Article III, § 2, because this case is arguing that the **Defendants violated Constitutional Law, specifically my Civil Rights** in addition to other violations. I am suing the following individuals: Judge Stephen D. Gorsalitz, Mr. Rodney K. Budka, and Mr. Nigel Crum. Plaintiff believes that the <u>facts</u> will show that these three associates have committed the following violations against Plaintiff, either by their actions, or by aiding and abetting each other in commission of the violations: **Conspiracy to Violate Civil Rights, Fraud, Intentional Infliction of Emotional Distress, Defamation of Character, and Harassment.**

II.
**Plaintiff is bringing this lawsuit, against the defendant, pursuant to Title 42 U.S. Code § 1983 for violations of protections guaranteed to him by the 1st, 8th, and 14th Amendments of the Federal U.S. Constitution. Plaintiff argues that the stated violations were caused by the defendant and his associates under color of law in his capacity as a judge in the 9th Circuit Court in Kalamazoo County.**

III.
Plaintiff, Stephen E. Podewell, is a natural citizen residing at 6814 West "B" Avenue, Plainwell, MI 49080-9702.

IV.
One of the Defendants, Stephen D. Gorsalitz, is a Judge presiding in the 9th Circuit Court in Kalamazoo County, MI. The other two defendants, Rodney K. Budka and Nigel Crum are associates of his in the Kalamazoo County Court System.

Statement of the Case

Plaintiff will make the case that Judge Stephen D. Gorsalitz has knowingly, intently, and maliciously defrauded Plaintiff out of income and livliehood. The Defendants' actions of indifference, were "so egregious and so outrageous," that it will "shock the contemporary conscience." I believe that the courts will find that Gorsalitz has violated both the 1st, 8th and 14th Amendments with his malicious actions. He wrongfully ordered me to pay more money per month than I grossed per month and Judge Stephen D. Gorsalitz or his associates had it reported to the Credit Bureau, destroying my credit and opportunity for livliehood. The wrongs that Judge Gorsalitz committed were stated to him very clearly in plain English in the courtroom, as well as to Mr. Budka, and Mr. Crum. Judge Gorsalitz and associates have not corrected the wrongs of the past that they have committed, but even made the situation more convoluted by stating that if you do not like my "decision." You can appeal it. **Defendants did not make a decision based on fact nor follow the law. It is egregious and outrageous behavior on the part of Defendants so as to defraud the Plaintiff out of his liveliehood, savings, constitutional rights, and his very life.** As associates under Judge Stephen D. Gorsalitz, Mr. Rodney K. Budka, and Mr. Nigel Crum further complicated the situation by aiding and abetting his wrongful actions. **This is not just a simple "mistake." It was intentional, malicious, wrong, and in violation of the U.S. Constitution. These defendants should be held to a higher standard of conduct.** I am an upstanding citizen who has earned respect in life by hard work. **It is criminal for these three individuals to destroy my life.** While they have not killed me physically, yet, I consider their actions as killing me in other ways, Character Assassination, Credit Assassination, and Psychological Torment. The intentional infliction of emotional distress that they have inflicted on Plaintiff, and his family, has been painfully awful! The stress is taking a toll on my body, in lack of sleep, and continuous pain throughout my body. **Defendant, Judge Gorsalitz, and his defendant associates have purposefully, intently, and maliciously caused me unbearable stress and reduced my life to a subsistence level.** I am trying to hold on to my home, my car, and my life. **The stress that they have intentionally inflicted on me is causing tremendous harm to me and could ultimately result in killing me.** Plaintiff considers his life as under attack by the three associates listed above, who have conspired together. I feel that I have to defend my life, and the lives of my children, to the best of my ability. **With the loss of income, wages, and credit, due to Judge Gorsalitz and associates, Plaintiff is not able to achieve a gainfully employable job. Thus, Judge Gorsalitz, Mr. Budka, and Mr. Crum have also denied Plaintiff, and his children, of our basic Civil Rights, the right to life, liberty, and the pursuit of happiness. Defendants actions have resulted in terror for Plaintiff's life. To Plaintiff and his family, each of the individuals listed above is a criminal and a terrorist. Defendants have ordered Plaintiff, through harassment "order", to pay more per month than Plaintiff has grossed per month. Plaintiff's Equal Rights have not only been denied, they have been destroyed.** Judge Gorsalitz and associates seem to ignore the U.S. Constitution and conspire to create their own agenda. Why am I paying to **not** have my children? I have worked very hard for my positive reputation in life. I do not want it further damaged by those listed above. I am very well educated. I have earned, through years of hard work, a bachelor's degree and three Master of Arts degrees in my life. I have completed my course work for my Ph.D in Science Education (Climate Change) at Western Michigan University. **I am not able to become gainfully employed because my reputation, and credit have been destroyed and defrauded by the conspirators listed above, even though I have a very stellar resume/cv. Plaintiff considers Defendants words, by mouth and in type print, as slander and libel forms of defamation of character, as they were used by Defendants to destroy Plaintiffs reputation. Plaintiff request a trial by jury.**

Wherefore, the Plaintiff prays this Court issue equitable relief as follows:

1) Issue injunctive relief commanding the defendants to remove their court order demanding payment of money, which is far in excess of the amount of money earned by the Plaintiff, that the Plaintiff be granted Equality by the courts, for equal shared time of his children (182.5 days per year and equally shared child support), and the Plaintiff further requests $30 million dollars in restitution/damages to be paid by the Defendants to the Plaintiff to assist in restoring the Plaintiff's good name, reputation, and credit that has been unjustly destroyed by the Defendants.
2) Issue declaratory relief as this Court deems appropriately "just."
3) Issue other relief as this Court deems appropriate and "just."
4) Also award Plaintiff his costs incurred through this litigation.

Respectfully submitted,

*Stephen E. Podewell*

Stephen E. Podewell
6814 West "B" Avenue
Plainwell, MI  49080-9702