UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN E. PODEWELL,

    Plaintiff,

Case No. 1:14-cv-1018

v.

HON. JANET T. NEFF

STEPHEN D. GORSALITZ, et al.,

    Defendants.
_____/

## ORDER

This is a civil action involving a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 7, 2014 recommending that this Court dismiss this action for lack of subject matter jurisdiction. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED for lack of subject matter jurisdiction.

A Judgment will be entered consistent with this Order.

Dated: November 3, 2014

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge